<u>**NOT FOR PUBLICATION**</u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN OSEI,<br><br>                    Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE<br>COMPANY, INC., et al.,<br><br>                    Defendants, | Civil Action No. 23-21548 (JKS) (AME)<br><br>**ORDER** |

**SEMPER, District Judge.**

This matter comes before the Court on Magistrate Judge André Espinosa's Report and Recommendation ("R&R"), issued on March 28, 2024, recommending that this Court grant Plaintiff's motion and remand this matter to the Superior Court of New Jersey, Essex County, pursuant to 28 U.S.C. § 1447(c). (ECF 16.) No objections to the R&R have been filed. This Court has considered Judge Espinosa's R&R, and for substantially the same reasons stated therein,

**IT IS** on this 12th day of April, 2024,

**ORDERED** that Plaintiff's motion to remand (ECF 9) is **GRANTED** and this matter is remanded to the Superior Court of New Jersey pursuant to 28 U.S.C. § 1447(c) in accordance with Judge Espinosa's R&R; and it is further

**ORDERED** that this Court adopts Judge Espinosa's March 28, 2024, R&R. (ECF 16.)

**SO ORDERED.**

                                              */s/ Jamel K. Semper*  
                                              **HON. JAMEL K. SEMPER**  
                                              **United States District Judge**